UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                                           *

    ARTUR I MEDVEDEV                    *         Case No.  10-13192-DK

                                                  *              (Chapter 13)

    Debtor(s)

*          *          *          *          *          *

**OBJECTION TO CONFIRMATION**

    Ellen W. Cosby, Trustee, objects to confirmation of the plan proposed by the Debtor(s) in this case because the Debtor(s) has/have failed [_X_] to commence [__] to maintain plan payments as required by 11 U.S.C. §1326.  As of the date of this Objection, the payment default is $428.00, approximately, 2 months.

**DEBTOR(S) TAKE NOTICE:  If you wish your case to continue, you MUST attend your confirmation hearing scheduled for April 22, 2010 at 2:00 PM.  You MUST bring with you to the hearing a CASHIER'S CHECK OR MONEY ORDER to cover the payments due under your plan. DO NOT BRING A PERSONAL CHECK! If you believe plan payments have been made as due, then you must bring with you to the hearing a full documentation of the payments, including photocopies of the reverse side of each check/money order which show what date each payment was processed by the Trustee's bank.**

Dated:__April 16, 2010_____            /s/  Ellen W. Cosby_____
                                                                       Ellen W. Cosby, Chapter 13 Trustee
                                                                       P.O. Box 20016
                                                                       Baltimore, MD 21284-0016
                                                                       (410) 825-5923
                                                                       inquiries@ch13balt.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on  April 16, 2010 copies of the foregoing Objection were delivered electronically through ECF to  JEFFREY P NESSON ESQUIRE  and mailed by first-class mail, postage prepaid, to:

ARTUR I MEDVEDEV
102 MARDAN DR
REISTERSTOWN, MD 21136

                                                                              /s/   Ellen W. Cosby_____
                                                                             Ellen W. Cosby, Trustee