IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                              CASE NO.: 10-1-3192-DK
ARTUR I.  MEDVEDEV A/K/A
ARTUR MEDVEDEV
Debtor

---

KENNETH J. MACFADYEN
JAMES J. LOFTUS
LISA BLADES
MIRIAM S. FUCHS
JEFF HUSTON
SUBSTITUTE TRUSTEES
AND
METLIFE HOME LOANS A DIVISION OF METLIFE BANK NA
and FIRST HORIZON HOME LOANS
A DIVISION OF FIRST TENNESSEE
BANK NATIONAL ASSOCIATION

Movant(s)
                                                   CHAPTER  13
vs.
ARTUR I.  MEDVEDEV A/K/A
ARTUR MEDVEDEV
YELENA  FATALIEYEVA , Co-Debtor
Respondents

---

## MOTION TO MODIFY STAY TO PERMIT
## FORECLOSURE OF THE DEED OF TRUST

Now comes Kenneth J. MacFadyen, Esquire, James J. Loftus, Esquire, Lisa Blades, Esquire, Miriam S. Fuchs, Esquire, and Jeff Huston, Esquire Substitute Trustees and the Movants by their attorneys Friedman & MacFadyen, P.A., Michael T. Cantrell, Esquire and Diana C. Theologou to respectfully represents unto this court:

1. On or about February 18, 2010 the debtor filed a voluntary petition under the provisions of 11 U.S.C. Chapter 13.

2. The bankruptcy court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334 and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

3. At the time of the initiation of these proceedings, the debtor is the owner of a parcel of real estate located in Baltimore County, as described in the attached Purchase Money Deed of Trust also known as:

29 Woodenbridge Court, #D  Reisterstown, MD 21136

4. The debtor is justly indebted to First Horizon Home Loans a division of First Tennessee Bank National Association pursuant to a Purchase Money Deed of Trust recorded among the Land Records of Baltimore County in Liber 23120  Page 330. A copy of this Purchase Money Deed of Trust and Note is attached hereto as movant's exhibit "A".

5. MetLife Home Loans a division of MetLife Bank NA is the servicing correspondent for First Horizon Home Loans a division of First Tennessee Bank National Association.

6. The debtor and co-debtor are now in default on the payment of installments due under the Purchase Money Deed of Trust to the secured creditor.

7. That previously hereto, a foreclosure sale was held on October 30, 2009 prior to the filing of the debtors Chapter 13 petition.

8. That the Movant purchased the aforesaid property for a bid of Ninety Seven Thousand Seven Hundred Fifty Dollars and no cents ($97,750.00).

9. Subsequent to the sale, the debtors filed for protection in this court pursuant to the provisions of 11 U.S.C. Chapter 13, thereby staying the ratification proceedings and transfer of ownership into the successful purchaser.

10. In that the sale was held prior to the filing of the bankruptcy, the property is not property of the bankrupt's estate.

11. Cause exists for lifting automatic stay and grant this motion in that the aforesaid property is not property of the estate, rather it has been sold to the Movant thereby extinguishing the debtors equity of redemption.

WHEREFORE, your Movants requests:

A. That this court enter an Order lifting the automatic stay afforded the debtor by 11 U.S.C. Section 362(a) to enable the Movants to proceed with ratification and record a deed formally vesting title to the aforementioned property into the successful purchaser.

B. That this court waive the stay referenced in Federal Rule of Bankruptcy Procedure 4001(a) (3).

C. That this court grant such other and further relief as it deems necessary.


Friedman & MacFadyen, P.A.


/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire


File: 82089_MotionMFR_201004151151.pdf

210 E. Redwood Street
Baltimore, Maryland 21202-3399
Attorney for the Movants
 Bar No.: 08793


/s/ Diana C. Theologou
Diana C. Theologou, Esquire
210 E. Redwood Street
Baltimore, Maryland 21202-3399
Attorney for the Movants
 Bar No.: 14284

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                          CASE NO.: 10-1-3192-DK
ARTUR I. MEDVEDEV A/K/A
ARTUR MEDVEDEV
Debtor

_____

KENNETH J. MACFADYEN
JAMES J. LOFTUS
LISA BLADES
MIRIAM S. FUCHS
JEFF HUSTON
SUBSTITUTE TRUSTEES
AND
METLIFE HOME LOANS A DIVISION OF METLIFE BANK NA
and FIRST HORIZON HOME LOANS
A DIVISION OF FIRST TENNESSEE
BANK NATIONAL ASSOCIATION

Movant(s)
                                                CHAPTER 13
vs.
ARTUR I. MEDVEDEV A/K/A
ARTUR MEDVEDEV
YELENA FATALIEYEVA , Co-Debtor
Respondents

_____

## CERTIFICATE OF SERVICE

I hereby certify and affirm under the penalties of perjury that I served copies of the aforegoing Motion to Modify Stay to Permit Foreclosure of the Deed of Trust and Notice of Motion for Relief from Stay and Hearing Thereon via the ECF system and/or first class mail, postage prepaid to:
Jeffrey P. Nesson, Esquire, 11421 Reisterstown Road, Owings Mills MD 21117; Ellen W. Cosby, Trustee, P.O. Box 20016, Baltimore MD 21284;  Artur I. Medvedev 29 Woodenbridge Court, #D, Reisterstown MD 21136;  Artur I. Medvedev 102 Mardan Dr., Reisterstown MD 21136 Yelena Fatalieyeva 29 Woodenbridge Court, #D, Reisterstown MD 21136;  Yelena Fatalieyeva 102 Mardan Dr., Reisterstown MD 21136 on April 16, 2010.


Friedman & MacFadyen, P.A.


/s/ Michael T. Cantrell
Michael T. Cantrell, Esquire

/s/ Diana C. Theologou
Diana C. Theologou, Esquire